CHARLES G. ALBERTS, executor, &c., complainant-respondent,

*v.*

LOUISA E. ALBERTS and HELEN L. MULLER, defendants-appellants; PUBLIC SERVICE CORPORATION OF NEW JERSEY, defendant.

[Argued May 29th, 1936.   Decided October 2d, 1936.]

*Mr. Samuel Weitzman,* for the complainant-respondent.

*Messrs. Melosh, Morten & Melosh (Mr. Louis G. Morten),* for the defendants-appellants.

PER CURIAM.

This case, on another angle, was considered by us in an opinion reported in *119 N. J. Eq. 391.* The record was remitted and defendants then sought leave in chancery to submit further proofs. The vice-chancellor decided that the application should be denied. No convincing reason is presented why that conclusion should be disturbed.

The decree below will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   10.

*For reversal*—None.